IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAREN TAYLOR, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | NO. 09-2393 |
| Defendant | : | |

## ORDER

AND NOW, this 17th day of November, 2010, upon consideration of the Plaintiff's Motion for Summary Judgment and Statement of Issues in Support of Request for Review (Docket No. 8), Defendant's Response to the Request for Review (Docket No. 9), and Plaintiff's Reply (Docket No. 10), and after careful review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Docket No. 18), as well as Defendant's Objection thereto (Docket No. 19) and Plaintiff's Response (Docket No. 20), it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Defendant's Objection is OVERRULED;

3. Plaintiff's request for relief is GRANTED insofar as the final decision of the Commissioner shall be REVERSED and the case shall be REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

5. The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE